**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SERGIO MOMOX-CASELIS, *et al.*, | Case No. 2:16-cv-00054-APG-GWF |
| Plaintiffs, | |
| v. | **ORDER** |
| MAIRA JUAREZ-PAEZ, *et al.*, | (ECF No. 50) |
| Defendants. | |

The plaintiffs move to have a prior order dismissing defendant Maira Juarez-Perez set aside. The clerk of court issued a Rule 4(m) notice of intent to dismiss for lack of proof of service. ECF No. 38. In response, the plaintiffs filed proof of service by publication. ECF No. 39. I nevertheless dismissed Juarez-Perez. ECF No. 47.

That dismissal was error. The plaintiffs had been granted leave to serve Juarez-Perez by publication. ECF No. 22. The plaintiffs filed proof of service as directed. ECF No. 39. I therefore will grant the plaintiffs' motion to set aside my dismissal order.

IT IS THEREFORE ORDERED that the plaintiffs' motion to set aside **(ECF No. 50) is GRANTED**.

IT IS FURTHER ORDERED that my October 25, 2016 order **(ECF No. 47) is VACATED**.

DATED this 2nd day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE