# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SERGIO MOMOX-CASELIS, *et al.*,  )
          Plaintiff,  )    Case No. 2:16-cv-00054-APG-GWF
             )
vs.  )    **ORDER**
             )
MARIA JUAREZ-PAEZ, *et al.*,  )
          Defendant.  )

    This matter is before the Court on the Parties' Stipulation to Appoint Plaintiff Sergio Momox-Caselis as Guardian *Ad Litem* for Plaintiff Maria Momox-Caselis (ECF No. 67), filed February 2, 2017. Upon review and consideration, and with good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the Parties' Stipulation to Appoint Plaintiff Sergio Momox-Caselis as Guardian *Ad Litem* for Plaintiff Maria Momox-Caselis (ECF No. 67) is **granted**.

    DATED this 3rd day of February, 2017.

                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge