MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
Attorneys for Plaintiffs

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MOMOX-CASELIS, MARIA MOMOX-CASELIS; NICOLASA HERNANDEZ, as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>             Plaintiffs,<br>vs.<br><br>MAIRA JUAREZ-PAEZ; LISA-RUIZ-LEE; KIM KALLAS; TARA DONOHUE; BETH ANN NELSON; JEREMY LAW; IRENE KOZIKI; SHUUANDY ALVAREZ, individuals; Estate of JOAQUIN JUAREZ-PAEZ; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>             Defendants. | CASE NO. 2:16-cv-00054-APG-GWF<br><br><br><br><br><br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

COME NOW the parties hereto by and through their respective counsel, and hereby stipulates and agrees as follows:



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

WHEREAS Plaintiffs named Beth Ann Nelson, Kim Kallas and Tara Donahue as Defendants based upon information and belief that they were the supervisors of Defendants Shuuandy Alvarez, Jeremy Law and Irene Koziki,

WHEREAS Plaintiffs have been informed that Tara Donahue was the supervisor of Defendant Jeremy Law, but not Defendants Shuuandy Alvarez and Irene Koziki,

WHEREAS Plaintiffs have been informed that Kim Kallas was the supervisor of Defendant Irene Koziki, but not Defendants Shuuandy Alvarez and Jeremy Law, and

WHEREAS Plaintiffs have been informed that Patricia Meyers was Defendant Shuuandy Alarez's supervisor, and that Beth Ann Nelson had no involvement with M.M.,

IT IS HEREBY STIPULATED AND AGREED that the Complaint be amended to substitute Patricia Meyers in place and stead of Beth Ann Nelson, and to correct the relationships of the parties. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit 1.

DATED this 23rd day of February, 2017.

GANZ & HAUF

/s/ Marjorie Hauf
_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147
*Attorney for Plaintiffs*

DATED this 23rd day of February, 2017.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

/s/ Felicia Galati
_____
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Defendants, Lisa Ruiz-Lee; Kim Kallas; Tara Donohue; Beth Ann Nelson; Jeremy Law; Irene Koziki; and Shuuandy Alvararez*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 23, 2017.

1  DATED this 23rd day of February, 2017.

2  BREMER WHYTE BROWN & O'MEARA, LLP

3  /s/ *Elizabeth Deane*

4  ELIZABETH DEANE, ESQ.
   Nevada Bar No. 13600
5  1160 N. Town Center Drive, Suite 250
   Las Vegas, NV 89144
6  Attorney for Defendant,
7  *Estate of Joaquin Juarez-Paez*

8  **ORDER**

9  IT IS SO ORDERED.

12  _____
    DISTRICT COURT JUDGE

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626