FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile:  702-383-0701
Attorneys for Defendants CLARK COUNTY
DEPARTMENT OF FAMILY SERVICES,
COUNTY OF CLARK, TARA DONOHUE,
LISA RUIZ-LEE, KIM KALLAS, PATRICIA
MEYERS, JEREMY LAW, IRENE KOZICKI,
SHUUANDY ALVAREZ, LANI AITKEN
AND OSCAR BENAVIDES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGIO MOMOX-CASELIS, MARIA MOMOX-CASELIS; NICOLASA HERNANDEZ, as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>Plaintiffs,<br><br>v.<br><br>MAIRA JUAREZ-PAEZ; LISA RUIZ-LEE; KIM KALLAS; TARA DONAHUE; PATRICIA MEYERS; JEREMY LAW; IRENE KOZIKI; SHUUANDY ALVAREZ; LANI AITKEN; OSCAR BENEVIDES, individuals; Estate of JOAQUIN JUAREZ-PAEZ; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XIII-XX, individually and in their official capacities;  CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:16-cv-00054-APG-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CROSS-CLAIMS AGAINST CLARK COUNTY DEPARTMENT OF FAMILY SERVICES** |

1

MAIRA JUAREZ-PAEZ,

                Cross-Claimant,

v.

CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, COUNTY OF CLARK, a political subdivision of the State of Nevada,

                Cross-Defendants

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-entitled action brought by Cross-Claimant MAIRA JUAREZ-PAEZ against Cross-Defendant CLARK COUNTY DEPARTMENT OF FAMILY SERVICES only may be dismissed with prejudice, each party to bear their own fees and costs.

DATED this 17th day of March, 2017

**DENNETT WINSPEAR, LLP**

By: */s/ Matthew Allen Sarnoski*
    GINA GILBERT WINSPEAR, ESQ.
    Nevada Bar No. 005552
    MATTHEW ALLEN SARNOSKI, ESQ.
    Nevada Bar No. 09176
    3301 N. Buffalo Drive, Ste. 195
    Las Vegas, NV  89129
    Attorneys for Cross-Claimant
    MAIRA JUAREZ-PAEZ

DATED this 17th day of March, 2017.

**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**

By: */s/ Felicia Galati*
    FELICIA GALATI, ESQ.
    Nevada Bar No. 7341
    9950 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    Attorneys for Cross-Defendants CLARK COUNTY DEPARTMENT OF FAMILY SERVICES and COUNTY OF CLARK

**ORDER**

**IT IS SO ORDERED:**

DATED:  March 17, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**