1  MARJORIE HAUF, ESQ.
   Nevada Bar No. 8111
2  CARA XIDIS, ESQ.
   Nevada Bar No. 11743
3  GANZ & HAUF
4  8950 W. Tropicana Ave., Suite 1
   Las Vegas, Nevada 89147
5  Tel: (702) 598-4529
   Fax: (702) 598-3626
6  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MOMOX-CASELIS, MARIA MOMOX-CASELIS; NICOLASA HERNANDEZ, as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>         Plaintiffs,<br><br>vs.<br><br>MAIRA JUAREZ-PAEZ; LISA-RUIZ-LEE; KIM KALLAS; TARA DONOHUE; BETH ANN NELSON; JEREMY LAW; IRENE KOZIKI; SHUUANDY ALVAREZ, individuals; Estate of JOAQUIN JUAREZ-PAEZ; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>         Defendants. | CASE NO. 2:16-cv-00054-APG-GWF<br><br><br><br><br>**STIPULATION AND ORDER TO AMEND CAPTION TO REFLECT GUARDIAN AD LITEM OF MARIA MOMOX-CASELIS** |

COME NOW the parties hereto, by and through their respective counsel, and hereby stipulate and agree as follows:

WHEREAS, the Court has ordered that the Plaintiff, SERGIO MOMOX-CASELIS, serve as the Guardian Ad Litem for the Plaintiff, MARIA MOMOX-CASELIS, during these proceedings; and

WHEREAS the current caption does not reflect the Court's order naming SERGIO MOMOX-CASELIS as the Guardian Ad Litem for MARIA MOMOX-CASELIS;

IT IS HEREBY STIPULATED AND AGREED that the caption be changed and amended to name SERGIO MOMOX-CASELIS as the Guardian Ad Litem for the Plaintiff, MARIA MOMOX-CASELIS. A copy of the proposed caption is attached hereto as Exhibit 1.

DATED this 21 day of April, 2017.

GANZ & HAUF

/s/ Marjorie Hauf
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147
*Attorney for Plaintiffs*

DATED this 21 day of April, 2017.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

/s/ Felicia Galati
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorney for Defendants, Lisa Ruiz-Lee; Kim Kallas; Tara Donohue; Beth Ann Nelson; Jeremy Law; Irene Koziki; and Shuuandy Alvararez*

DATED this 21 day of April, 2017.

BREMER WHYTE BROWN & O'MEARA, LLP

/s/ Elizabeth Deane
ELIZABETH DEANE, ESQ.
Nevada Bar No. 13600
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89144
*Attorney for Defendant,*
*Estate of Joaquin Juarez-Paez*

DATED this 21 day of April, 2017.

DENNETT WINSPEAR, LLP

/s/ Matthew Sarnoski
MATTHEW SARNOSKI, ESQ.
Nevada Bar No. 9176
3301 N. Buffalo Drive, Suite 195
Las Vegas, NV 89129
*Attorney for Defendant/Cross Claimant,*
*Maira Juarez-Paez*

**ORDER**

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

DATED: April 21, 2017



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626