UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SERGIO MOMOX-CASELIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MAIRA JUAREZ-PAEZ, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00054-APG-GWF<br><br>**ORDER GRANTING JOINT MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>(ECF No. 92) |

Defendants Estate of Joaquin Juarez-Paez (by and through the Estate's Special Administrator, Jennifer Vela) and Maira Juarez-Paez, hereinafter collectively referred to as the "Juarez-Paez Defendants," filed their Joint Motion for Determination of Good Faith Settlement on Order Shortening Time on June 20, 2017. ECF No. 92. The Juarez-Paez Defendants filed an Errata to that motion on June 22, 2017. ECF No. 94.

I issued a Minute Order on June 21, 2017 requiring any response to the Joint Motion be filed by June 26, 2017. No response has been filed and good cause exists to grant the Joint Motion.

IT IS THEREFORE ORDERED that the Juarez-Paez Defendants' Joint Motion for Determination of Good Faith Settlement **(ECF No. 92) is GRANTED.**

IT IS FURTHER ORDERED that defendants Estate of Joaquin Juarez-Paez and Maira Juarez-Paez are afforded all of the protections of N.R.S. § 17.245 and are thereby discharged from all liability for contribution and indemnity, express or equitable, to any other tortfeasor.

DATED this 28th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE