ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
ELIZBAETH M. DEANE, ESQ.
Nevada State Bar No. 13600
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
agarasi@bremerwhyte.com
edeane@bremrewhyte.com

Attorneys for Defendant,
ESTATE OF JOAQUIN JUAREZ-PAEZ

GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
MATTHEW ALLEN SARNOSKI
Nevada Bar No. 09176
DENNETT WINSPEAR, LLP
3301 N. Buffalo Drive, Suite 195
Las Vegas, NV 89129
TELEPHONE: (702) 839-1100
FACSIMILE: (702) 839-1113
gwinspear@dennettwinspear.com
msarnoski@dennettwinspear.com

Attorneys for Defendant,
*MAIRA JUAREZ-PAEZ*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MOMOX-CASELIS, MARIA MOMOX-CASELIS; NICOLASA HERNANDEZ, as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>Plaintiffs,<br><br>v.<br><br>MAIRA JUAREZ-PAEZ; LISA RUIZ-LEE; KIM KALLAS; TARA DONOHUE; PATRICIA MEYERS; JEREMY LAW; IRENE KOZIKI, SHUUANDY ALVAREZ, individuals; Estate of JOAQUIN JUAREZ-PAEZ; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in | CASE NO. 2:16-cv-00054-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS MAIRA JUAREZ-PAEZ AND Estate of JOAQUIN JUAREZ-PAEZ _ONLY_ WITH PREJUDICE** |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1601\055\PLD\SAO to Dismiss.docx

their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,

Defendants.

COMES NOW, Plaintiffs SERGIO MOMOX-CASELIS, MARIA MOMOX-CASELIS by and through her Guardian ad Litem, Sergio Momox-Caselis, and NICOLASA HERNANDEZ in her capacity as Special Administrator of the estate of M.M. ("Plaintiffs") by and through their attorneys of record Marjorie Hauf, Esq. and Cara Xidis, Esq., of the law firm of Ganz & Hauf; Jennifer Vela as Special Administrator of Defendant Estate of JOAQUIN JUAREZ-PAEZ, by and through their attorneys of record, Anthony T. Garasi, Esq. and Elizabeth M. Deane, Esq. of the law firm of BREMER, WHYTE, BROWN & O'MEARA, LLP; and Defendant MAIRA JUAREZ-PAEZ by and through her attorneys of record, Gina Gilbert Winspear, Esq. and Matthew A. Sarnoski, Esq. of the law firm of DENNETT WINSPEAR, LLP, and all hereby stipulate as follows:

I.

**STIPULATION**

IT IS HEREBY STIPULATED that all of Plaintiffs' claims against Defendants Estate of JOAQUIN JUAREZ-PAEZ and MAIRA JUAREZ-PAEZ **ONLY** as set forth in Plaintiff's Second Amended Complaint filed in the United States District Court, District of Nevada, Case No. 2:16-cv-00054-APG-GWF are hereby dismissed **with prejudice**, with the above mentioned parties to bear their own fees and costs.

DATED this 3rd day of August, 2017.　　　　Dated this 29th day of September, 2017.

GANZ & HAUF　　　　　　　　　　　　　　DENNETT WINSPEAR

/s/ Marjorie Hauf　　　　　　　　　　　　　/s/ Matthew A. Sarnoski
MARJORIE HAUF, ESQ.　　　　　　　　　　GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 008111　　　　　　　　　　Nevada Bar No. 005552
ADAM GANZ, ESQ.　　　　　　　　　　　　MATTHEW ALLEN SARNOSKI
Nevada Bar No. 00650　　　　　　　　　　　Nevada Bar No. 09176
8950 W. Tropicana Avenue, Suite 1　　　　　3301 N. Buffalo Drive, Suite 195
Las Vegas, NV 89147　　　　　　　　　　　Las Vegas, NV 89129
Attorneys for Plaintiffs　　　　　　　　　　　Attorneys for Defendant MAIRA JUAREZ-PAEZ

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1601\055\PLD\SAO to Dismiss.docx

2

| | |
|---|---|
| 1 | Dated this 29th day of ~~July~~ September, 2017. |
| 2 | BREMER WHYTE BROWN & O'MEARA |
| 3 | /s/ Elizabeth M. Deane |
| 4 | _____ |
| 5 | Anthony T. Garasi, Esq.<br>Nevada Bar No. 11134 |
| 6 | Elizabeth M. Deane, Esq.<br>Nevada Bar No. 13600 |
| 7 | 1160 N. Town Center Dr., Suite 250<br>Las Vegas, NV 89144 |
| 8 | Attorneys for Defendant ESTATE OF JOAQUIN JUAREZ-PAEZ |

## II.

## ORDER

The foregoing stipulation is hereby entered as an Order of the Court.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 29, 2017.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

H:\1601\055\PLD\SAO to Dismiss.docx