FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile:  702-383-0701
Attorneys for Defendants
COUNTY OF CLARK, TARA DONOHUE,
LISA RUIZ-LEE, KIM KALLAS,
PATRICIA MEYERS, JEREMY LAW,
IRENE KOZICKI, SHUUANDY ALVAREZ,
LANI AITKEN AND OSCAR BENAVIDES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGIO MOMOX-CASELIS, individually and as Guardian Ad Litem for MARIA MOMOX-CASELIS; NICOLASA HERNANDEZ, as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>Plaintiffs,<br><br>v.<br><br>MAIRA JUAREZ-PAEZ; LISA RUIZ-LEE; KIM KALLAS; TARA DONAHUE; PATRICIA MEYERS; JEREMY LAW; IRENE KOZIKI; SHUUANDY ALVAREZ; LANI AITKEN; OSCAR BENEVIDES, individuals; Estate of JOAQUIN JUAREZ-PAEZ; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XIII-XX, individually and in their official capacities;  CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:16-cv-00054-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(Fifth Request)** |

Pursuant to FRCP 6 and FRCP 26, the parties, by and through their respective counsel of record, hereby stipulate and agree to jointly move this Court for an Order to extend the discovery deadlines, as set forth below.

1. Extend the date to disclose rebuttal expert witnesses from 12/4/17 to 1/31/18
2. Extend the discovery cut-off deadline from 1/4/2018 to 3/2/18
3. Extend the date to file dispositive motions from 2/5/18 to 4/3/18
4. Extend the date to file the Joint Pre-Trial Order from 3/4/18 to 4/30/18
5. Extend the date to file Pre-Trial Disclosures or objections to the Pre-Trial Order from 4/3/2018 to 6/27/18

## I. DISCOVERY COMPLETED

Defendants COUNTY OF CLARK, CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, TARA DONOHUE, LISA RUIZ-LEE, KIM KALLAS, BETH ANN NELSON, JEREMY LAW, IRENE KOZIKI, and SHUUANDY ALVAREZ ("Defendants") provided their initial witness and document disclosures pursuant to FRCP 26(a)(1) on April 19, 2016, and have since provided 15 supplemental disclosures. To date, Defendants have disclosed thousands of pages of documents. Plaintiffs provided their initial witness and document disclosures pursuant to FRCP 26(a)(1) on April 15, 2016.

Defendants propounded written discovery (interrogatories, requests for production and requests for admission) to Plaintiffs SERGIO MOMOX-CASELIS, MARIA MOMOX-CASELIS and NICOLASA HERNANDEZ ("Plaintiffs") and Plaintiffs responded thereto.

Plaintiffs propounded written discovery (interrogatories, requests for production and requests for admission) to Defendants, and Defendants responded thereto.

The following depositions have been taken to date: Kim Kallas, Patricia Meyers, Maria Juarez-Paez, Shuuandy Alvarez, Lani Aitken, Oscar Benavides and Sergio Momox.

Plaintiffs have disclosed their initial expert witnesses in accordance with FRCP 26(a)(2).

## II. GROUNDS FOR DISCOVERY EXTENSION:

This case is complicated due to the number of parties and the circumstances of this case, including the fact that there are two sets of foster parents relevant to and that are parties in this

action. As such, there are twice as many documents to disclose and many more depositions that will need to be taken. While Defendants have produced the most of their documents in this case, they still have additional documents to produce that need to be reviewed and redacted as to other minors, including pursuant to their obligations under NRS 432B.280 and NRS 432B.290, before those documents can be produced. At present, Defendants have identified approximately 91 other minors indicated in their records.

After Defendant Maira Juarez-Paez's deposition was taken on May 20, 2017, additional alleged information came to light requiring a further search for any additional information, documents and witnesses relating thereto, which Defendants began, but are in the process of continuing to do. Thus, additional time is needed for Defendants to complete that search to determine if there is any additional information, documents and witnesses that need to be disclosed in this case. The document search is not limited to within Defendant's possession, custody and/or control but is extending, in part, beyond that. Defendants have disclosed an additional 14 exhibits, amounting to about 487 pages of documents, photos and other items, obtained through the above search and have additional documents to obtain and disclose. The documents relate in large part to Maira Juarez-Paez's deposition testimony and are critical to the facts and issues in this case.

The parties are in the process of finalizing a substitution of parties. Plaintiff Sergio Momox will be substituted in and for Plaintiff Nicolasa Hernandez, and Plaintiff Nicolasa Hernandez will be dismissed as a Plaintiff in this case.

All parties have been diligently conducting discovery in this case. Defendants disclosed several thousand pages of records. Additionally, Defendants have designated 158 witnesses to date, and additional documents and other witnesses need to be disclosed and perhaps deposed.

Defendants intend to disclose their expert rebuttal witness(es), and depositions may need to be taken of the expert witnesses.

The parties might conduct additional COR depositions related to the case depending on any newly discovered additional information and/or documents disclosed in this case.

Based on the above, additional discovery needs to be done as indicated herein. As such, there is good cause to extend the discovery deadlines. Therefore, the parties hereby stipulate and request that this Court extend discovery in the above-captioned case for another 58 days, up to and including 3/2/18, 2018, due to all of the above.

**III.  DISCOVERY THAT REMAINS TO BE COMPLETED**:

A. Plaintiffs:
1. Plaintiffs would like to take the depositions of other named Defendants and/or any additional witnesses disclosed by Defendants;
2. Plaintiffs require additional time to designate any additional experts and consider rebuttal experts.
3. Plaintiffs may want to take the deposition of any designated expert

3. Plaintiffs may propound additional written discovery upon Defendant.

B. Defendants:
1. Defendants would like to take the depositions of additional witnesses disclosed by either party;
2. Defendants require additional time to designate rebuttal experts.
3. Defendants may propound additional written discovery upon Plaintiff.
4. Defentants may want to take the deposition of any designated expert.

The parties will continue to work together to get the remaining discovery done and depositions completed.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

**IV. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**:

The parties have agreed to extend all of the discovery deadlines in this case by 58 days, as set forth below:

1. Extend the date to disclose rebuttal expert witnesses from 12/4/17 to 1/31/18
2. Extend the discovery cut-off deadline from 1/4/2018 to 3/2/18
3. Extend the date to file dispositive motions from 2/5/18 to 4/3/18
4. Extend the date to file the Joint Pre-Trial Order from 3/4/18 to 4/30/18
5. Extend the date to file Pre-Trial Disclosures or objections to the Pre-Trial Order from 4/3/2018 to 6/27/18

DATED this 27th day of November, 2017.　　　　DATED this 27th day of November, 2017.

GANZ & HAUF　　　　　　　　　　　　　　　OLSON, CANNON, GORMLEY
　　　　　　　　　　　　　　　　　　　　　　ANGULO & STOBERSKI

/s/ Marjorie Hauf　　　　　　　　　　　　　　/s/ Felicia Galati

MARJORIE HAUF, ESQ.
Nevada Bar No. 008111　　　　　　　　　　　　WALTER R. CANNON, ESQ.
ADAM GANZ, ESQ.　　　　　　　　　　　　　Nevada Bar No.1505
Nevada Bar No. 00650　　　　　　　　　　　　FELICIA GALATI, ESQ.
8950 W. Tropicana Avenue, Suite 1　　　　　　Nevada Bar No. 7341
Las Vegas, NV 89147　　　　　　　　　　　　9950 W. Cheyenne Avenue
Attorneys for Plaintiffs　　　　　　　　　　　　Las Vegas, NV 89129
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　COUNTY OF CLARK,
　　　　　　　　　　　　　　　　　　　　　　TARA DONOHUE, LISA RUIZ-LEE,
　　　　　　　　　　　　　　　　　　　　　　KIM KALLAS, PATRICIA MEYERS,
　　　　　　　　　　　　　　　　　　　　　　JEREMY LAW, IRENE KOZICKI,
　　　　　　　　　　　　　　　　　　　　　　SHUUANDY ALVAREZ, LANI AITKEN
　　　　　　　　　　　　　　　　　　　　　　AND OSCAR BENAVIDES

　　　　　　　　　　　　　　　　　　　　　　**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** November 28, 2017