1 MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
2 CARA XIDIS
Nevada Bar No. 11743
3 GANZ & HAUF
8950 W. Tropicana, Suite 1
4 Las Vegas, NV 89147
5 T: (702) 598-4529
F: (702) 598-3626
6 Attorney for Plaintiffs

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MOMOX-CASELIS, individually, as Guardian Ad Litem for MARIA MOMOX-CASELIS, and as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>Plaintiffs,<br>vs.<br><br>LISA-RUIZ-LEE; KIM KALLAS; TARA DONAHUE; PATRICIA MEYERS; JEREMY LAW; IRENE KOZIKI; SHUUANDY ALVAREZ; LANI AITKEN; OSCAR BENEVIDES, individuals; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XIII-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:16-cv-00054-APG-GWF<br><br><br><br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their Opposition to Defendants' Motion for

Summary Judgment (ECF Doc. 113) be extended from April 24, 2018, to May 1, 2018. Defendants' Reply deadline will likewise be extended from May 8, 2018, to May 15, 2018.

This is Plaintiffs' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 18th day of April, 2018.   Dated this 18th day of April, 2018.

GANZ & HAUF   OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

*/s/ Marjorie Hauf*   */s/ Felicia Galati*
_____   _____
MARJORIE HAUF ESQ.   FELICIA GALATI, ESQ.
Nevada Bar No. 8111   Nevada Bar No. 7341
8950 W. Tropicana Ave. #1   9950 w. Cheyenne Ave.
Las Vegas, NV 89147   Las Vegas, NV 89129
Attorney for Plaintiffs   Attorney for Defendants

    IT IS SO ORDERED.

    Dated: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE


8950 W. Tropicana Ave., #1
Las Vegas, NV  89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 2 of 2