MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana, Suite 1
Las Vegas, NV 89147
T: (702) 598-4529
F: (702) 598-3626
Attorney for Plaintiffs

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MOMOX-CASELIS, individually, as Guardian Ad Litem for MARIA MOMOX-CASELIS, and as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>         Plaintiffs,<br>vs.<br><br>LISA-RUIZ-LEE; KIM KALLAS; TARA DONAHUE; PATRICIA MEYERS; JEREMY LAW; IRENE KOZIKI; SHUUANDY ALVAREZ; LANI AITKEN; OSCAR BENEVIDES, individuals; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XIII-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>         Defendants. | CASE NO. 2:16-cv-00054-APG-GWF<br><br><br><br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

counsel of record, that the deadline for Plaintiffs to file their Opposition to Defendants' Motion for

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 3

1  Summary Judgment (ECF Doc. 113) be extended from May 1, 2018 to May 11, 2018. Defendants'

2  Reply deadline will likewise be extended from May 15, 2018, to May 29, 2018.

3       This is Plaintiffs' second request for an extension and this stipulation is submitted in good

4  faith without the purpose of undue delay.

5

6  Dated this 30th day of April, 2018.          Dated this 30th day of April, 2018.

7  GANZ & HAUF                                 OLSON, CANNON, GORMLEY,
                                                ANGULO & STOBERSKI
8

9
   /s/ Marjorie Hauf                            /s/ Felicia Galati
10 MARJORIE HAUF ESQ.                          FELICIA GALATI, ESQ.
   Nevada Bar No. 8111                          Nevada Bar No. 7341
11 8950 W. Tropicana Ave. #1                    9950 w. Cheyenne Ave.
   Las Vegas, NV 89147                          Las Vegas, NV 89129
12 Attorney for Plaintiffs                      Attorney for Defendants

13

14

15       IT IS SO ORDERED.

16       Dated: May 2, 2018.

17

18                                      _____

19                                      UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28


Ganz & Hauf

8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626