MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana, Suite 1
Las Vegas, NV 89147
T: (702) 598-4529
F: (702) 598-3626
Attorney for Plaintiffs

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MOMOX-CASELIS, individually, as Guardian Ad Litem for MARIA MOMOX-CASELIS, and as Special Administrator of the estate of M.M., born May 15, 2013 and died October 12, 2014,<br><br>Plaintiffs,<br>vs.<br><br>LISA-RUIZ-LEE; KIM KALLAS; TARA DONAHUE; PATRICIA MEYERS; JEREMY LAW; IRENE KOZIKI; SHUUANDY ALVAREZ; LANI AITKEN; OSCAR BENEVIDES, individuals; DOE individuals I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XIII-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:16-cv-00054-APG-GWF<br><br><br><br><br><br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their Opposition to Defendants' Motion for

Summary Judgment (ECF Doc. 113) be extended from May 11, 2018 to May 18, 2018. Defendants' Reply deadline will likewise be extended from May 29, 2018, to June 12, 2018.

This is Plaintiffs' third request for an extension. The first and second requests for an extension were due to Plaintiffs' counsel's trial schedule. While Plaintiffs' counsel anticipated concluding jury selection on May 9, 2018, which would allow one of the attorneys to return to the office and complete Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, jury selection has taken longer than anticipated, and is beginning its third day today. Plaintiffs' counsel anticipates finishing jury selection by the end of the day today and requests a short extension to file Plaintiffs' Opposition. No further extension to submit Plaintiffs' opposition with be expected. This stipulation is submitted in good faith without the purpose of undue delay.

Dated this 10th day of May, 2018.

GANZ & HAUF

/s/ Marjorie Hauf
_____
MARJORIE HAUF ESQ.
Nevada Bar No. 8111
8950 W. Tropicana Ave. #1
Las Vegas, NV 89147
Attorney for Plaintiffs

Dated this 10th day of May, 2018.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

/s/ Felicia Galati
_____
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 w. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Defendants

IT IS SO ORDERED.

Dated: May 14, 2018.

_____
UNITED STATES DISTRICT JUDGE

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626