# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Sergio Momox-Caselis, et al.,

               Plaintiffs,

v.

Maira Juarez-Paez, et al.,

               Defendants.

**JUDGMENT FOR ATTORNEY FEES
IN A CIVIL CASE**

Case Number: 2:16-cv-00054-APG-GWF

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

&#9747;   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Defendants County of Clark, Tara Donohue, Lisa Ruizlee, Kim Kallas, Patricia Meyers, Jeremy Law, Shuuandy Alvarez, Lani Aitken, and Oscar Benavides and against Plaintiffs in the amount of $22,268.00 for attorney's fees and $7,147.90 for costs.

9/27/2019
_____
Date

  DEBRA K. KEMPI
_____
Clerk

  /s/ S. Denson
_____
Deputy Clerk